# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_Richard E Schatzel_
PLAINTIFF NAME(S)

AKA, DBA: _Terrance L. Schatzel_ vs
_T. & T. Inc._
DEFENDANT NAME(S)

CASE NUMBER, SUPPLIED BY COURT

**3: CV 04-1379**

FILED SCRANTON JUN 2 3 2004 ___TW___ DEPUTY CLERK

## Affidavit/Declaration to Proceed In Forma Pauperis

I, _Richard E Schatzel_, certify that I am the plaintiff in the above entitled case: that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I further state that the responses which I have made to questions and instructions below are true and correct.

Part time

1) Are you presently employed?   Yes _X_   No ____

If yes, state the amount of your salary or wages per month, and give the name and address of your employer: _Merlino's GREEN HOUSE, Wyoming, Pa._
Currently working 2½ days a week @ $8.00 hr. = $160.00 week
If no, state the date of last employment and the amount of the salary/wages per month which you received: _____.

2) Have you received within the past twelve months any money from any of the following sources?
   a) Business, profession or form of self-employment?   Yes ____   No ✓
   b) Rent payments, interest or dividends?   Yes ____   No ✓
   c) Pensions, annuities or life insurance payments?   Yes ____   No ✓
   d) Gifts or inheritances?   Yes ____   No ✓
   e) Any other sources?   Yes ✓   No ____

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _C.E.O. is helping me with my rent. $304.00 (for 5/2004)_

_I will be eligible to collect unemployment within a few weeks._

3) Do you own any cash, or do you have money in a checking or savings account?
Yes _X_   No _____

If the answer is yes, state the amount of cash or the present balance in any account:
$150.00

4) Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?
Yes _X_   No _____

If the answer is yes, describe the property and state its approximate value:

1/8 interest in 1505 Pittston blvd. Aprox value ($6,000.00)
1/3 interest in Property in Hunlock Creek   "   ($4,000.00)
1988 BMW, value ($100.00)  Storage Truck value $500.00

5) List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support:
None

I understand that a false statement or answer to any questions in this affidavit/ unsworn declaration will subject me to penalties for perjury.

I declare under penalty of perjury that the foregoing is true and correct.

_____
SIGNATURE

6/29/04
_____
DATE